# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3805
_____

V.R., Mother of K.R. and L.R.,
Minor Children,

     Appellant,

     v.

Department of Children and
Families,

     Appellee.

_____

On appeal from the Circuit Court for Bay County.
Russell S. Roberts, Judge.

November 9, 2023

Per Curiam.

     Affirmed.

Roberts, Kelsey, and Winokur, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Amanda Peterson of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Sarah J. Rumph, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee; Sara E. Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, and Charles S.E. Greenberg, Statewide Guardian ad Litem Office, Defending Best Interests Project, Tallahassee, for Guardian ad Litem.